IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUISA WINCE and MARY CANTWELL                           PLAINTIFFS

v.                           No. 4:20-cv-1278-DPM

JOHN THURSTON, in his official capacity
as the Secretary of State of Arkansas and his
official capacity as Chairman of the Arkansas
State Board of Election Commissioners, *et al.*           DEFENDANTS

## ORDER

The Court construes defendants' motion to consolidate, *Doc. 5*, as a motion to transfer and grants it. This case is a partial echo of 4:20-cv-1274-BSM. Common questions of law and fact exist. This election-related dispute is pressing, plus there's a possibility of inconsistent rulings if the cases remain before different judges. Judge Miller has agreed to accept a transfer, and that would promote judicial economy. Wince and Cantwell do not oppose transfer. The Court therefore directs the Clerk to reassign this case to Judge Miller by chip exchange.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2020